**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREEM TILLERY,<br><br>      Plaintiff,<br><br>v.<br><br>PO DEBRA RODREGUEZ, PO KILLIMET, PO JOSEPH DEVLIN, PO ARGAST, and PO MILLER,<br><br>      Defendants. | Civil Action No. 14-6685 (SDW) (LDW)<br><br>**ORDER**<br><br>June 17, 2020 |

**WIGENTON**, District Judge.

  Before this Court is Magistrate Judge Leda Dunn Wettre's ("Judge Wettre") Report and Recommendation ("R&R"), dated April 28, 2020, which recommends that Defendants' Motion to Enforce the Settlement (D.E. 111) be granted. No objections to the R&R were filed.

  This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

  **ORDERED** that the R&R of Judge Wettre (D.E. 120) is **ADOPTED** as the conclusions of law of this Court.

  **SO ORDERED**.

                       s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc:  Leda Dunn Wettre, U.S.M.J.
    Parties